Timothy E. Warriner (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346

Attorney for Petitioner,
JUAN CARLOS AYALA SANCHEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS AYALA SANCHEZ, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> PLACER COUNTY SUPERIOR COURT, ) <br> ) <br> Respondent. ) <br> _____ ) | No. Civ. S-06-0824 LKK GGH P <br><br> STIPULATION AND PROPOSED ORDER CONTINUING DEADLINE FOR THE FILING OF A JOINT SCHEDULING STATEMENT |

     Petitioner's counsel was appointed on May 30, 2006.  The petitioner does not speak the English language.  Counsel will be submitting a request for a court appointed Spanish interpreter through the Office of the Federal Defender.  Additional time is needed in order to meet with the client utilizing the services of an interpreter and to obtain record materials.  Therefore, an extension of time to file a joint scheduling statement until **July 28, 2006** is hereby requested.  Counsel has discussed the need for this extension of time with Senior Assistant Attorney General Mary Jo Graves.  Ms. Graves has indicated that she has no objection whatsoever to the extension and stipulates thereto.

DATED: June 9, 2006                 /s/ Tim Warriner, Attorney for Petitioner,
                                             JUAN CARLOS AYALA SANCHEZ

DATED: June 9, 2006                 /s/ Mary Jo Graves, Senior Assistant Attorney
                                             General, attorney for Respondent

1

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the parties shall file a joint scheduling statement by July 28, 2006.

DATED: 6/19/06

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

sanc0824.po2