IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN CARLOS AYALA SANCHEZ,

    Petitioner,               No. CIV S-06-0824 LKK GGH P

    vs.

PLACER COUNTY SUPERIOR COURT,

    Respondents.          <u>ORDER</u>

                              /

        On July 28, 2006, petitioner's counsel filed a stipulation and proposed order requesting a second extension of time for the parties to file a joint scheduling statement in this matter. Counsel file a proposed order in .pdf format but failed to email a proposed order in wordprocessing format, which is required by E.D. Local Rule 5-137(b). In order for the court to consider counsel's request, the proposed order must be submitted in full compliance with the local rules.

        IT IS SO ORDERED.

DATED: 8/2/06

                                                  /s/ Gregory G. Hollows

                                                  GREGORY G. HOLLOWS
                                                  UNITED STATES MAGISTRATE JUDGE

GGH:009
sanc0824.lcr