Timothy E. Warriner (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346

Attorney for Petitioner,
JUAN CARLOS AYALA SANCHEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS AYALA SANCHEZ, ) | No. Civ. S-06-0824 LKK GGH P |
| ) | |
| Petitioner, ) | STIPULATION AND PROPOSED |
| ) | ORDER CONTINUING DEADLINE |
| v. ) | FOR THE FILING OF A JOINT |
| ) | SCHEDULING STATEMENT |
| PLACER COUNTY SUPERIOR COURT, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

In response to counsel for petitioner's request, Mr. Ayala-Sanchez has returned a 28 page letter concerning his potential habeas corpus claims. The letter was received only a few days ago and is written entirely in the Spanish language. Counsel has submitted a request for the appointment of federally certified English-Spanish interpreter Christina Sherer. It is estimated that Ms. Sherer will be able to provide petitioner's counsel with a translation of the single-spaced letter within 10 to 14 days. Petitioner's counsel will need to review the client's letter prior to filing a joint scheduling statement. Therefore, an extension of time until **September 28, 2006** in which to file a joint scheduling statement. It is anticipated that after reviewing the client's letter, petitioner's counsel will arrange for a telephone conference with Mr. Ayala-Sanchez, and that such a conference can be completed within 60 days. Counsel has discussed the need for this extension of time with Senior Assistant Attorney General Mary Jo Graves. Ms. Graves has indicated that she has no objection whatsoever to the extension and stipulates thereto.

1

DATED: July 28, 2006                    /s/ Tim Warriner, Attorney for Petitioner,
                                        JUAN CARLOS AYALA SANCHEZ

DATED: July 28, 2006                    /s/ Mary Jo Graves, Senior Assistant Attorney
                                        General, attorney for Respondent

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the parties shall file a joint scheduling statement by September 28, 2006.

DATED: 8/4/06

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

sanc0824.po3