IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN CARLOS AYALA SANCHEZ,

    Petitioner,                    No. CIV S-06-0824 LKK GGH P

    vs.

PLACER COUNTY SUPERIOR COURT,

    Respondent.                 <u>ORDER</u>

_____/

        A joint scheduling statement in this matter was filed on September 28, 2006, pursuant to the court's order filed May 11, 2006.[1] After reviewing the joint statement, the court issues the following ORDERS:

        1. Petitioner must file a first amended petition within 14 days, setting forth all claims, exhausted and unexhausted, and shall demonstrate good cause for having failed to exhaust state court remedies as to any claim which petitioner seeks to exhaust. Petitioner shall move the court to hold the proceedings in abeyance pending exhaustion of state court remedies as to the unexhausted claims, within 14 days; if a stay is ultimately granted, petitioner must immediately pursue state court exhaustion, that is, within 14 days of the granting of a stay, and, upon said exhaustion in state court, within 14 days, proceed upon the amended petition in federal

---

[1] Two extensions of time for filing the statement were granted by orders filed on June 19, 2006, and on August 4, 2006.

court, by notifying the court of receipt of the state court petition concerning exhausted claims.

2. Although it appears that respondent does not intend to object to any motion for a stay of proceedings by petitioner to pursue unexhausted claims, should respondent do so, respondent must file any opposition to such a motion within 14 days of service thereof; thereafter, petitioner has 7 days to file any reply; if a stay is imposed in this matter, once any stay is lifted upon petitioner's notification of state court exhaustion of claims now unexhausted, respondent will have 30 days to file a response to the first amended petition; if the response is an answer, petitioner will have 30 days to file a reply (traverse); if the response, is a motion, petitioner will have 30 days to file an opposition, after which respondent will have 15 days to file any reply.

3. If petitioner intends to make a motion for leave to conduct discovery under the Rules Governing Section 2254 Cases, Rule 6(a), petitioner must do so within 30 days after this case is proceeding in this court on the first amended petition, that is, after any stay that may be imposed has been lifted, or, if no stay is imposed, within 30 days of the adjudication of a motion to stay; if respondent opposes any such discovery motion, respondent must do so within 30 days thereafter; petitioner's reply, if any, must be filed within 15 days of any opposition by respondent.

4. As petitioner intends to move for an evidentiary hearing, petitioner must do so at the earliest appropriate opportunity; should petitioner file a motion for an evidentiary hearing, if respondent opposes any such motion, respondent must file any opposition within 30 days of service of the motion, and petitioner must file any reply within 15 days of service of any opposition.

DATED: 10/5/06                                         /s/ Gregory G. Hollows

                                                       GREGORY G. HOLLOWS
                                                       UNITED STATES MAGISTRATE JUDGE

GGH:009
sanc0824.pst