1  Timothy E. Warriner (SB#166128)
   Attorney at Law
2  1725 Capitol Ave.
   Sacramento, CA 95814
3  (916) 443-7141
   FAX: (916) 448-5346
4
   Attorney for Petitioner,
5  JUAN CARLOS AYALA SANCHEZ

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                   EASTERN DISTRICT OF CALIFORNIA

9
   JUAN CARLOS AYALA SANCHEZ,        )    No. Civ. S-06-0824 LKK GGH P
10                                   )
           Petitioner,                )    STIPULATION AND
11                                   )    ORDER CONTINUING DEADLINE
       v.                             )    FOR THE FILING OF AMENDED
12                                   )    PETITION AND MOTION FOR
   PLACER COUNTY SUPERIOR COURT,     )    ABEYANCE
13                                   )
           Respondent.                )
14                                   )

15
        On October 6, 2006 the court, pursuant to the parties' scheduling statement, ordered
16
   petitioner to have on file a first amended petition and motion for abeyance pending exhaustion
17
   within 14 days
18
        Due to problems counsel is having communicating with the petitioner, who speaks
19
   Spanish only, counsel requests the court grant a 30 day extension (until November 19) in which
20
   to file a first amended petition and motion for abeyance pending exhaustion. Deputy Attorney
21
   General Brian Means has stipulated that it is appropriate for the court to grant this extension of
22
   time. All other matters in the court's October 6, 2006 order would remain unchanged.
23
        For the foregoing reasons and in light of the parties' stipulation, it is requested that the
24
   court grant the extension.
25
   \\\
26
   \\\
27

28                                         1

1 | DATED: October 20, 2006 | /s/ Tim Warriner, Attorney for Petitioner, JUAN CARLOS AYALA SANCHEZ

3 | DATED: October 20, 2006 | /s/ Brian Means, Assistant Attorney General, attorney for Respondent

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that a first amended petition and motion for abeyance pending exhaustion, as set forth in the court's October 6, 2006 order, shall be filed on or by November 19, 2006.

DATED: 10/27/06      /s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

sanc0824.po4