IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN CARLOS AYALA SANCHEZ,

    Petitioner,                    No. CIV S-06-0824 LKK GGH P

    vs.

PLACER COUNTY SUPERIOR COURT,

    Respondents.            <u>ORDER</u>

_____/

        Petitioner, a former state prisoner proceeding with appointed counsel, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Following appointment of counsel for petitioner, petitioner was evidently deported to Mexico upon being paroled from Calipatria State Prison in August of 2006.  Upon filing a first amended petition on November 19, 2006, petitioner's counsel also moved the court for a stay and abeyance of the proceedings pending exhaustion of certain of petitioner's claims in state court.  Subsequently, petitioner's counsel filed a notice, on March 2, 2007, that petitioner's claims have since been exhausted in the California Supreme Court.

        Petitioner wishes to proceed in this habeas matter because "[w]ere petitioner to return to the United States he would be subject to the terms of parole as well as the requirement that he register as a sexual offender pursuant to Penal Code section 290."  First Amended

Petition, p. 2. Petitioner's counsel must inform the court whether or not petitioner was deported only as a result of the conviction at issue in this petition. In other words, it is unclear whether, absent the conviction/sentence petitioner challenges by this petition, petitioner could legally re-enter this country.

Accordingly, IT IS ORDERED that:

1. Petitioner's November 19, 2006, motion for a stay and abeyance pending exhaustion of claims in state court is denied as moot;

2. Petitioner's counsel is directed to inform the court, within 30 days, of the basis for petitioner's removal/deportation.

DATED: 3/27/07                                         /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
 sanc0824.ord