IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN CARLOS AYALA SANCHEZ,

    Petitioner,                      No. CIV S-06-0824 ALA P

    vs.

PLACER COUNTY SUPERIOR COURT,

    Respondents.                  ORDER

_____/

        Petitioner, a former state prisoner proceeding with appointed counsel, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 2, 2007, this action was reassigned to Senior Circuit Judge Arthur L. Alarcon. By Order, filed on August 14, 2007, Judge Alarcon remanded the case to Magistrate Judge Hollows for further consideration of the May 22, 2007, Findings and Recommendations, in light of petitioner's June 1, 2007, objections.

        The court will vacate the pending Findings and Recommendations, and now issues the following Orders:

        1. In light of Judge Alarcon's remand, the case will be designated in future as No. CIV S-06-0824 ALA GGH P, which the Clerk of the Court is to note in the docket of this case.

        2. The Findings and Recommendations, filed May 22, 2007, are hereby vacated.

3. Respondents are directed to file a response to petitioner's first amended habeas petition within thirty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, Fed. R. Governing § 2254 Cases;

4. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

5. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter; and

6. The Clerk of the Court is directed to serve a copy of this order together with a copy of the first amended petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, on Brian Means, Deputy Attorney General, who, apparently inadvertently, was not added as respondent's counsel in the case docket at the appropriate time;[1] the Clerk is directed to add Mr. Means as counsel for respondent in the case docket forthwith.

DATED: 8/27/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
 sanc0824.rsp+

---

[1] See docket entry # 18.