IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN CARLOS AYALA SANCHEZ,

      Petitioner,                         No. CIV S-06-0824 ALA GGH P

   vs.

PLACER COUNTY SUPERIOR COURT,

      Respondent.                 ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed August 27, 2007, respondent was ordered to file, within thirty days, an answer to the first amended habeas petition or a motion to dismiss. Respondent has not filed an answer to the first amended petition or a motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that within five days from the date of this order respondent shall file and serve an answer to the first amended petition for writ of habeas corpus or a motion to dismiss and shall show cause in writing why sanctions should not be imposed for the failure to file the answer or motion to dismiss timely.

DATED: 11/19/07

                                                /s/ Gregory G. Hollows

                                                UNITED STATES MAGISTRATE JUDGE

GGH:035 - sanc0824.osc