IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN CARLOS AYALA SANCHEZ,

    Petitioner,                    No. CIV S-06-0824 ALA GGH P

    vs.

PLACER COUNTY SUPERIOR COURT,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner is a former state prisoner who has been deported but who is proceeding with appointed counsel on a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed November 19, 2007, an order to show cause was filed, noting that on August 27, 2007, respondent had been ordered to file, within thirty days, an answer to the first amended habeas petition or a motion to dismiss, but had failed to do so. In the show cause order, respondent was directed, within five days, to file and serve an answer to the first amended petition for writ of habeas corpus or a motion to dismiss and to show cause in writing why sanctions should not be imposed for the failure to file the answer or motion to dismiss timely.

        On November 28, 2007, respondent filed a motion to dismiss and a response to the show cause order. Brian G. Smiley, Supervising Deputy Attorney General, stated that at the time a joint scheduling statement was filed in this case, on September 28, 2006, a "primary," or

1

person authorized to receive by paper service any mail related to this case, was mistakenly not assigned and entered in the Attorney General's internal docketing system as should have been done.  In addition, electronic notices of filings were inadvertently overlooked.

Following issuance of the show cause order, respondent has been diligent in attempting to rectify the administrative error.  As respondent has not been shown to be intentionally late in filing the motion to dismiss, the court will find that no sanctions should be imposed in this instance.

On December 13, 2007, petitioner filed an application for an extension of time to file an opposition to the motion to dismiss, set for hearing on January 10, 2008.  Subsequently, petitioner filed an opposition on December 15, 2007.  The court will grant the motion and the opposition will be deemed timely filed.

Accordingly, IT IS ORDERED that:

1. Respondent has sufficiently discharged the November 28, 2007, show cause order; and no sanctions will be imposed for the initial failure to file a timely responsive pleading; and

2. Petitioner's December 13, 2007, request for an extension of time to file an opposition to respondent's November 28, 2007, motion to dismiss is granted, and petitioner's December 15, 2007, opposition is deemed timely filed.

DATED: 12/18/07                              /s/ Gregory G. Hollows

                                             _____
                                             UNITED STATES MAGISTRATE JUDGE

GGH:009
sanc0824.dsc