IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN CARLOS AYALA SANCHEZ,

    Petitioner,                    Case No. 2:06-cv-00824 ALA-GGH (HC)

    vs.

PLACER COUNTY SUPERIOR COURT,    <u>ORDER</u>

    Respondent.

_____/

On November 28, 2007, Respondent Placer County Superior Court filed a Motion to Dismiss for lack of exhaustion. (Doc. 34). On December 15, 2007, Petitioner Juan Carlos Ayala Sanchez filed an opposition to the motion. (Doc. 38). IT IS HEREBY ORDERED THAT Respondent Placer County Superior Court file a reply to Petitioner's opposition on or before June 27, 2008.

/////

DATED: June 16, 2008

                                    /s/ Arthur L. Alarcón
                                    _____
                                    UNITED STATES CIRCUIT JUDGE
                                    Sitting by Designation