IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN CARLOS AYALA SANCHEZ,

    Petitioner,                    No. CIV S-06-0824 ALA P

    vs.

PLACER COUNTY SUPERIOR COURT,

    Respondent.                 ORDER

_____/

        Petitioner is a former state prisoner who has been deported but who is proceeding with appointed counsel on a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 22, 2007, the undersigned had recommended summary dismissal of the instant petition. By Order filed on July 2, 2007, this case was reassigned from Judge Karlton to Senior Circuit Judge Alarcon. By Order filed on August 14, 2007, Judge Alarcon remanded the matter to the undersigned for further consideration in light of the objections filed by petitioner's counsel. Pursuant to the August 14, 2007, Order, the undersigned vacated the Findings and Recommendations, filed on May 22, 2007, and directed respondent to file a response to petitioner's first amended petition. See Order, filed on August 27, 2007. Thereafter, a hearing on the motion was held before the undersigned, on January 10, 2008, on respondent's motion to dismiss, and the matter deemed submitted. See Docket Entry # 40.

1   However, as of April 8, 2008, and June 16, 2008, Judge Alarcon has issued
2   Orders, which should alert the parties that the motion is not yet submitted.  The undersigned
3   issues this order for clarification purposes only.  The parties should be aware that this matter is
4   no longer on remand and proceeds solely before Judge Alarcon.
5        IT IS SO ORDERED.
6   DATED: 06/19/08                    /s/ Gregory G. Hollows
7                                      _____
                                       UNITED STATES MAGISTRATE JUDGE
    GGH:009
8   sanc0824.ord