IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN CARLOS AYALA-SANCHEZ,

    Petitioner,               Case No. 2:06-cv-00824-ALA-GGH (HC)

    vs.

LARRY SCRIBNER, Warden,

    Respondent.[1]            <u>ORDER</u>

_____/

    This Court dismissed Petitioner Juan Carlos Ayala-Sanchez's ("Ayala-Sanchez") application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254(a) because he failed to exhaust his state remedies before filing his federal petition. (Doc. 46). Pending before this Court is Ayala-Sanchez's Notice of Appeal. (Doc. 48). Before Petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c)(1); Fed. R. App. P. 22(b)(1).

    "A certificate of appealability may issue . . . only if the applicant has made a substantial

---

[1] Larry Scribner is the Warden of Calipatria State Prison, where the prisoner was incarcerated at the time of the filing of his original federal petition for a writ of habeas corpus. Mr. Scribner was also named as Respondent in Petitioner's first amended petition. (Doc. No. 22). Prior orders of this Court have erroneously named Placer County Superior Court as the Respondent in this matter. Placer County Superior Court has never been a party in this matter. The record is hereby corrected.

1

showing of the denial of a constitutional right." 28 U.S. C. § 2253(c)(2). Because this Court dismissed Ayala-Sanchez's application on procedural grounds, the constitutional merits were not reached. This Court cannot issue a certificate of appealability "[w]here a plain procedural bar is present and the district court is correct to invoke it to dispose of the case, [and] a reasonable jurist could not conclude either the district court erred in dismissing the petition or that the petitioner should be allowed to proceed further." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Therefore, IT IS HEREBY ORDERED that a certificate of appealability shall not issue.

/////

DATED: September 15, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation